IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Richard M. Gordon and Anita M. Gordon, : | |
| Debtors : | Bankruptcy No. 18-23258 |
| : | Chapter 13 |
| Richard M. Gordon and Anita M. Gordon, : | |
| Movants : | |
| vs. : | Related to Document No. 27 |
| : | |
| Ronda J. Winnecour, Chapter 13 Trustee, : | |
| Respondent : | |

## ORDER OF COURT

And now, this 30th day of October, 2018, upon Debtors' Motion for Approval of Vehicle Loan, it is hereby ORDERED and ADJUDGED, that Debtors shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $550 per month.

Debtors agree to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtors agree that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_Carlota M. Böhm_ kmt
Carlota M. Böhm
Chief United States Bankruptcy Judge

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

FILED
10/30/18 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Shawn N. Wright

Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtors, Richard and Anita Gordon*
7240 McKnight Road
Pittsburgh, PA  15237
(412) 920-6565
shawn@shawnwrightlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard M. Gordon
Anita M. Gordon
    Debtors

Case No. 18-23258-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Oct 30, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
db/jdb         +Richard M. Gordon,    Anita M. Gordon,    335 Forestwood Drive,    Gibsonia, PA 15044-9207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    CENLAR FSB as servicer for FBC Mortgage, LLC bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Shawn N. Wright    on behalf of Joint Debtor Anita M. Gordon shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
         Shawn N. Wright    on behalf of Debtor Richard M. Gordon shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                             TOTAL: 7