**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/12/2020

IN RE:

RICHARD M. GORDON
ANITA M. GORDON
335 FORESTWOOD DRIVE
GIBSONIA, PA 15044
XXX-XX-3224        Debtor(s)

XXX-XX-3561

Case No.18-23258 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/12/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FUNANCING/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2889 |
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 4,492.55<br>COMMENT: SURR/PL~PRIOR RATIFIED/CONF*AMD CL=$0*W/53 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5712 |
| **FBC MORTGAGE LLC**<br>ATTN CENLAR FSB - LOAN ADMINISTRATION**<br>425 PHILLIPS BLVD*<br>EWING, NJ  08618 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*1811.28 X (60+2)=LMT*1ST/SCH*BGN 9/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0516 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number: 6    INT %: 5.00%<br>Court Claim Number: 19<br>CLAIM: 10,151.03<br>COMMENT: 10151@5%@208.54MO/PL*910CL/PL*W/57 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6024 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX  75266-0366 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 22,015.00<br>COMMENT: PMT-$/CL-PL*5890~LEASE/SCH D | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3990 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 35,403.14<br>COMMENT: $/CL-PL@0%/PL*13-17/SCH-PL*15-17/CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3224 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,009.03<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9221 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,103.30<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4647 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 211.79<br>COMMENT: CAPITAL ONE/GENERAL MOTORS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4087 |
| **CBNA**<br>POB 769006<br><br>SAN ANTONIO, TX 78245 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2909 |
| **FIRST SAVINGS BANK**<br>500 EAST 60TH ST N<br><br>SIOUX FALLS, SD 57104 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4107 |
| **CELTIC BANK**<br>268 SOUTH STATE ST STE 300<br><br>SALT LAKE CITY, UT 84111 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CONTIFINCO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5218 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:27<br><br>CLAIM: 125.21<br>COMMENT: EXPRESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4890 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:28<br><br>CLAIM: 554.97<br>COMMENT: NY AND CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0567 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 277.78<br>COMMENT: VENUS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0839 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 339.17<br>COMMENT: VICTORIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1607 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:26<br><br>CLAIM: 3,424.68<br>COMMENT: WAYFAIR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8458 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 303.90<br>COMMENT: ABERCROMBIE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6094 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:25<br>CLAIM: 3,082.74<br>COMMENT: OVERSTOCK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0055 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM: 57.85<br>COMMENT: ZALES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0829 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM: 1,249.04<br>COMMENT: 5524/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3561 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM: 1,065.43<br>COMMENT: 0779/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3224 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM: 1,366.58<br>COMMENT: CREDIT ONE BANK~MHC RECEIVABLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7978 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM: 579.87<br>COMMENT: CREDIT ONE BANK~MHC RECEIVABLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8802 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM: 188.73<br>COMMENT: CREDIT ONE BANK~MHC RECEIVABLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6338 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:38<br>CLAIM: 1,237.53<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3734 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM: 748.76<br>COMMENT: REF: 3444295806 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6663 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM: 708.82<br>COMMENT: REF: 3444306807 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  2,264.75<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3592 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:32<br>CLAIM:  6,570.48<br>COMMENT:  LENDING CLUB CORP\*WEBBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2950 |
| **NISSAN-INFINITI LT++**<br>2901 KINWEST PKWY<br>IRVING, TX  75063 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LEASE/SCH F | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0896 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  12,858.82<br>COMMENT:  FR ONE MAIN FINANCIAL-DOC 39 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1761 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:43<br>CLAIM:  3,285.55<br>COMMENT:  NO ACCT/SCH\*PAYPAL\*FR SYNCHRONY BANK-DOC 43 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2415 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:39<br>CLAIM:  5,872.09<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8485 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:41<br>CLAIM:  1,183.43<br>COMMENT:  AMAZON\*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9166 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:37<br>CLAIM:  1,423.12<br>COMMENT:  AMER EAGLE/SCH\*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9485 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:31<br>CLAIM:  839.00<br>COMMENT:  CARE CREDIT\*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8780 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:33<br>CLAIM:  1,085.37<br>COMMENT:  JCP\*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6550 |

| Creditor | Claim Info | Details |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:35<br><br>CLAIM:  4,825.47<br>COMMENT:  LOWES/SCH*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2431 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:36<br><br>CLAIM:  1,074.98<br>COMMENT:  SCORE REWARDS*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9792 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:34<br><br>CLAIM:  1,377.65<br>COMMENT:  VALUE CITY FURNITURE*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0901 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:42<br><br>CLAIM:  1,263.43<br>COMMENT:  WALMART/SCH*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9904 |
| **CONTINENTAL FINANCE**<br>POB 8099<br><br>NEWARK, DE  19714 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TBOM/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0723 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  319.14<br>COMMENT:  TBOM/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9337 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  210.29<br>COMMENT:  THE BANK OF MISSOURI | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9568 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9486 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6735 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br><br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  0.00<br>COMMENT:  LTCD/CONF*384.65/PL*384.65x(60+2)=LMT | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  8581 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CENLAR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 3,137.17<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3224 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 14,238.67<br>COMMENT: NO GEN UNS/SCH*AMD*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5712 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,035.25<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2490 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,107.30<br>COMMENT: ACCT NT/SCH*KOHLS*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2304 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 84.39<br>COMMENT: NO GEN UNS/SCH*W/6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6024 |
| **FBC MORTGAGE LLC**<br>ATTN CENLAR FSB - LOAN ADMINISTRATION**<br>425 PHILLIPS BLVD*<br>EWING, NJ  08618 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 1,726.08<br>COMMENT: $/CL-PL*1ST/SCH*THRU 8/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0516 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:40<br>CLAIM: 476.16<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6300 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:44<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*538.77X(57REM+2)=LMT*BGN 12/18 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7660 |