IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Richard M. Gordon | ) | Case No.: 18-23258CMB |
| Anita M. Gordon | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 18 |
| Trustee, | ) | |
|     Movant, | ) | |
|       Vs. | ) | |
| Capital One, N.A. | ) | |
|     Respondent(s) | ) | |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 50 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Shawn N Wright, Esq.
Law Office of Shawn N Wright
7240 McKnight Rd
Pittsburgh, PA  15237

Becket and Lee LLP
Gregory P Deegan
P O Box 3001
Malvern, PA  19355-0701

Becket and Lee LLP
16 General Warren Blvd.
Malvern, PA  19355

Capital One Financial Corp.
Richard Dana Fairbank, CEO
1680 Capital One Drive
McLean, VA  22012-3491

| | |
|---|---|
| <u>7/27/2020</u> | <u>/s/Roberta Saunier</u> |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |