**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD M. GORDON<br>ANITA M. GORDON<br><br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>    Movant<br> vs.<br>M & T BANK<br><br>    Respondents | Case No. 18-23258CMB<br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

 The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

 The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

 ACCORDING TO THE TRUSTEE' RECORD A LARGE BALANCE REMAINS ON THE CLAIM.

| | |
|---|---|
| M & T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240 | Court claim# 19/Trustee CID# 6 |

The Movant further certifies that on 04/12/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>  original creditor<br>  putative creditor<br>  counsel for debtor(s)<br>  counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
RICHARD M. GORDON, ANITA M. GORDON, 335 FORESTWOOD DRIVE, GIBSONIA, PA  15044

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA 15237

ORIGINAL CREDITOR:
M & T BANK, PO BOX 1508, BUFFALO, NY  14240

NEW CREDITOR: