# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-23258** |
| **Richard M. Gordon** | **Chapter 13** |
| **Anita M. Gordon** | **Judge Carlota M. Bohm** |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **PNC Bank, National Association** | Related Document # |
| **Movant,** | |
| vs | |
| | |
| **Richard M. Gordon** | |
| **Anita M. Gordon** | |
| | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM
## (CLAIM NO. 40)

Now comes PNC Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Proof of Claim which was filed in this Court on October 24, 2018 as Claim Number 40. The Certification of No Objection needs to be withdrawn because this POC was filed to the wrong case.

Respectfully submitted,

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

21-023210_DEM1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-23258 |
| **Richard M. Gordon** | : Chapter 13 |
| **Anita M. Gordon** | : Judge Carlota M. Bohm |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **PNC Bank, National Association** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Richard M. Gordon** | : |
| **Anita M. Gordon** | : |
| | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM (DOCKET NO. 40)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 10/05/2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 10/05/2021

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

21-023210_DEM1

<u>0075345</u>
List Bar I.D. and State of Admission

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Shawn N. Wright, Attorney for Debtor, 7240 McKnight Road, Pittsburgh, PA  15237 (notified by ecf)

Richard M. Gordon and Anita M. Gordon, Debtor, 335 Forestwood Drive, Gibsonia, PA 15044 (notified by regular US Mail)

21-023210_DEM1