**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD M. GORDON | Case No. 18-23258CMB |
| ANITA M. GORDON | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FBC MORTGAGE LLC | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court. LOAN HAS BEEN TRANSFERRED TO FREEDOM MORTGAGE. NO TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| FBC MORTGAGE LLC | Court claim# 29/Trustee CID# 5 |
| ATTN CENLAR FSB - LOAN ADMINISTRATION** | |
| 425 PHILLIPS BLVD* | |
| EWING, NJ 08618 | |

The Movant further certifies that on 12/10/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

DEBTOR(S):
RICHARD M. GORDON, ANITA M. GORDON, 335 FORESTWOOD DRIVE, GIBSONIA, PA  15044

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
FBC MORTGAGE LLC, ATTN CENLAR FSB - LOAN ADMINISTRATION**, 425 PHILLIPS BLVD*, EWING, NJ  08618

:
FREEDOM MORTGAGE CORP, ATTN PAYMENT PROCESSING, 10500 KINCAID DR, FISHERS, IN  46037

ORIGINAL CREDITOR'S COUNSEL:
BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR: