IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 18-23258 |
| Richard M. Gordon and Anita M. Gordon, | : | Chapter 13 |
| Debtors, | : | |
| Richard M. Gordon and Anita M. Gordon, | : | |
| Movants | : | |
| Vs. | : | |
| No Respondent | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtorss ineligible for a discharge.

4. On September 28, 2018, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

August 31, 2023                                    Attorney for Debtors

                                    /s/Shawn N. Wright
                                    Shawn N. Wright, Esquire
                                    7240 McKnight Road
                                    Pittsburgh, PA 15237
                                    (412) 920-6565
                                    Pa. I.D. No. 64103
                                    shawn@shawnwrightlaw.com

**PAWB Local Form 24 (07/13)**