IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Richard M. Gordon and Anita M. Gordon, : | |
| Debtors : | Bankruptcy No. 18-23258-cmb |
| : | Chapter 13 |
| Shawn Wright, Movant : | |
| vs. : | |
| : | |
| No Respondent : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Attorney Compensation filed on August 20, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 6, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 7, 2023

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
PA--#64103
shawn@shawnwrightlaw.com