**Fill in this information to identify the case:**

Debtor 1    RICHARD M GORDON

Debtor 2    ANITA M GORDON
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 18-23258-CMB

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 29

**Last 4 digits** of any number you use to identify the debtor's account: 6614

**Property address:** 335 Forestwood Drive
Number  Street
Gibsonia, PA 15044
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/01/2023
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM/DD/YYYY

Debtor1 __RICHARD M GORDON_____
         First        Middle      Last

Case number *(if known)* __18-23258-CMB__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Mario Hanyon_____  Date __10/17/2023__
   Signature

Print        __Mario Hanyon_____     Title __Attorney_____
                   First Name      Middle Name     Last Name

Company    __Brock & Scott, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      __3825 Forrestgate Dr.__
                 Number        Street

               __Winston-Salem, NC 27103_____
               City                 State    ZIP Code

Contact phone    __844-856-6646__    Email __PABKR@brockandscott.com__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RICHARD M GORDON AND ANITA M GORDON<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br><br>vs.<br><br>RICHARD M GORDON AND ANITA M GORDON,<br>    Debtors<br>and<br><br>Ronda J Winnecour<br>    Respondent | Case No. 18-23258-CMB<br><br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

    I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Shawn N. Wright, Esq.  
7240 McKnight Road  
Pittsburgh, PA 15237  
*Counsel for Debtor*

Ronda J Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Richard M Gordon
335 Forestwood Dr
Gibsonia, PA 15044

Anita M Gordon
335 Forestwood Drive
Gibsonia, PA 15044
*Debtor*

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>October 17, 2023</u>

                                  */s/Mario Hanyon*
                                  Andrew Spivack, PA Bar No. 84439
                                  Matthew Fissel, PA Bar No. 314567
                                  Mario Hanyon, PA Bar No. 203993
                                  Ryan Starks, PA Bar No. 330002
                                  Jay Jones, PA Bar No. 86657
                                  Attorney for Creditor
                                  BROCK & SCOTT, PLLC
                                  3825 Forrestgate Drive
                                  Winston Salem, NC 27103
                                  Telephone: (844) 856-6646
                                  Facsimile: (704) 369-0760
                                  E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**