**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD M. GORDON<br>ANITA M. GORDON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-23258<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/15/2018 and confirmed on 9/28/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 302,381.26 |
| Less Refunds to Debtor | 649.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 301,731.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,175.00 | |
|   Trustee Fee | 14,499.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 20,674.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 118,069.59 | 0.00 | 118,069.59 |
|     Acct: 6614 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,726.08 | 1,726.08 | 0.00 | 1,726.08 |
|     Acct: 6614 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 4,492.55 | 4,492.55 | 791.49 | 5,284.04 |
|     Acct: 5712 | | | | |
|   M & T BANK | 5,610.90 | 5,610.90 | 1,003.28 | 6,614.18 |
|     Acct: 6024 | | | | |
| | | | | 131,693.89 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD M. GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD M. GORDON | 649.28 | 649.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 2,175.00 | 2,175.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 22,015.00 | 22,015.00 | 0.00 | 22,015.00 |
|     Acct: 3990 | | | | |
|   INTERNAL REVENUE SERVICE* | 35,403.14 | 35,403.14 | 0.00 | 35,403.14 |
|     Acct: 3224 | | | | |
|   CREDIT ACCEPTANCE CORP* | 19,934.49 | 19,934.49 | 0.00 | 19,934.49 |
|     Acct: 7660 | | | | |
|   CLEARVIEW FCU** | 0.00 | 12,488.00 | 0.00 | 12,488.00 |
|     Acct: 5446 | | | | |
| | | | | 89,840.63 |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 23,463.65 | 0.00 | 23,463.65 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3561 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,009.03 | 888.90 | 0.00 | 888.90 |
| | Acct: 9221 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,103.30 | 488.16 | 0.00 | 488.16 |
| | Acct: 4647 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 211.79 | 93.71 | 0.00 | 93.71 |
| | Acct: 4087 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2909 | | | | |
| | FIRST SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4107 | | | | |
| | CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5218 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 125.21 | 55.40 | 0.00 | 55.40 |
| | Acct: 4890 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 554.97 | 245.55 | 0.00 | 245.55 |
| | Acct: 0567 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 277.78 | 122.90 | 0.00 | 122.90 |
| | Acct: 0839 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 339.17 | 150.07 | 0.00 | 150.07 |
| | Acct: 1607 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 3,424.68 | 1,515.25 | 0.00 | 1,515.25 |
| | Acct: 8458 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 303.90 | 134.46 | 0.00 | 134.46 |
| | Acct: 6094 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 3,082.74 | 1,363.96 | 0.00 | 1,363.96 |
| | Acct: 0055 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 57.85 | 25.60 | 0.00 | 25.60 |
| | Acct: 0829 | | | | |
| | CREDIT FIRST NA* | 1,249.04 | 552.64 | 0.00 | 552.64 |
| | Acct: 3561 | | | | |
| | CREDIT FIRST NA* | 1,065.43 | 471.40 | 0.00 | 471.40 |
| | Acct: 3224 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,366.58 | 604.64 | 0.00 | 604.64 |
| | Acct: 7978 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 579.87 | 256.56 | 0.00 | 256.56 |
| | Acct: 8802 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 188.73 | 83.50 | 0.00 | 83.50 |
| | Acct: 6338 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,237.53 | 547.55 | 0.00 | 547.55 |
| | Acct: 3734 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 748.76 | 331.29 | 0.00 | 331.29 |
| | Acct: 6663 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 708.82 | 313.62 | 0.00 | 313.62 |
| | Acct: 0010 | | | | |
| | CAPITAL ONE NA** | 2,264.75 | 1,002.04 | 0.00 | 1,002.04 |
| | Acct: 3592 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 6,570.48 | 2,907.11 | 0.00 | 2,907.11 |
| | Acct: 2950 | | | | |
| | NISSAN-INFINITI LT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0896 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 12,858.82 | 5,689.38 | 0.00 | 5,689.38 |
| | Acct: 1761 | | | | |
| | LVNV FUNDING LLC | 3,285.55 | 1,453.69 | 0.00 | 1,453.69 |
| | Acct: 2415 | | | | |
| | PNC BANK NA | 5,872.09 | 2,598.11 | 0.00 | 2,598.11 |
| | Acct: 8485 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,183.43 | 523.61 | 0.00 | 523.61 |
| | Acct: 9166 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,423.12 | 629.66 | 0.00 | 629.66 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9485 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 839.00 | 371.22 | 0.00 | 371.22 |
| | Acct: 8780 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,085.37 | 480.22 | 0.00 | 480.22 |
| | Acct: 6550 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 4,825.47 | 2,135.03 | 0.00 | 2,135.03 |
| | Acct: 2431 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,074.98 | 475.62 | 0.00 | 475.62 |
| | Acct: 9792 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,377.65 | 609.54 | 0.00 | 609.54 |
| | Acct: 0901 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,263.43 | 559.00 | 0.00 | 559.00 |
| | Acct: 9904 | | | | |
| | CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0723 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 319.14 | 141.20 | 0.00 | 141.20 |
| | Acct: 9337 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 210.29 | 93.04 | 0.00 | 93.04 |
| | Acct: 9568 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9486 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6735 | | | | |
| | INTERNAL REVENUE SERVICE* | 3,137.17 | 1,388.04 | 0.00 | 1,388.04 |
| | Acct: 3224 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 14,238.67 | 6,299.90 | 0.00 | 6,299.90 |
| | Acct: 5712 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,035.25 | 458.05 | 0.00 | 458.05 |
| | Acct: 2490 | | | | |
| | CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2304 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6024 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6300 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2889 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 59,523.27 |

TOTAL PAID TO CREDITORS                                                                                281,057.79

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 77,352.63 |
| SECURED | 11,829.53 |
| UNSECURED | 81,499.84 |

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD M. GORDON
ANITA M. GORDON
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:18-23258

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-23258-CMB
Richard M. Gordon     Chapter 13
Anita M. Gordon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Oct 25, 2023     Form ID: pdf900     Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard M. Gordon, Anita M. Gordon, 335 Forestwood Drive, Gibsonia, PA 15044-9207 |
| 14898683 | | Celtic Bank/contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 14898695 | + | Fbc Mortgage, 101 Wymore Rd, Altamonte Springs, FL 32714-4203 |
| 14898701 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti, 2901 Kinwest Parkway, Irving, TX 75063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:19:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2023 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:20:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14898679 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 00:20:30 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14898681 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:11 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14898714 | | Email/Text: cfcbackoffice@contfinco.com | Oct 26 2023 00:13:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14898680 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2023 00:19:21 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14901899 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:35:10 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14920004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 00:20:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14921761 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 00:20:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14898684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14898685 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14898686 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 14898687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-23258-CMB   Doc 105   Filed 10/27/23   Entered 10/28/23 00:29:15   Desc
Imaged Certificate of Notice   Page 8 of 11

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2023 00:13:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14898688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14898689 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitybk/a&f, Po Box 182789, Columbus, OH 43218-2789 |
| 14898690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14898691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2023 00:13:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14964813 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2023 00:12:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14898692 | + | Email/Text: BKPT@cfna.com | Oct 26 2023 00:12:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14922616 | | Email/Text: BKPT@cfna.com | Oct 26 2023 00:12:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14898693 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 00:19:26 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14898694 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:12 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14936494 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14934578 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 26 2023 00:13:00 | FBC Mortgage, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14898682 | | Email/Text: BNSFS@capitalsvcs.com | Oct 26 2023 00:13:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14898696 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2023 00:20:36 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15454510 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 26 2023 00:13:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14898697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 00:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14898698 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2023 00:12:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15160189 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:20:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14935673 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:19:18 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921386 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:20:11 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898699 | + | Email/Text: Documentfiling@lciinc.com | Oct 26 2023 00:12:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14898700 | + | Email/Text: camanagement@mtb.com | Oct 26 2023 00:13:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |
| 14928145 | + | Email/Text: camanagement@mtb.com | Oct 26 2023 00:13:00 | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 14904526 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 26 2023 00:13:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |

Case 18-23258-CMB    Doc 105    Filed 10/27/23    Entered 10/28/23 00:29:15    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14912043 | | Email/PDF: cbp@omf.com | Oct 26 2023 00:37:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14898703 | + | Email/PDF: cbp@omf.com | Oct 26 2023 00:20:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14936581 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14898705 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15029019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:36:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14931674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899019 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2023 00:20:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:09 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14921218 | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2023 00:13:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14918860 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2023 00:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14931962 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14931963 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14922365 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14936684 | + | Email/Text: bncmail@w-legal.com | Oct 26 2023 00:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14898706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:31 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14898707 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:06 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14898708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:20 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14898709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:29 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14898710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:32 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14898711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:15 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14898712 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:36 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14898713 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:03 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14898715 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 26 2023 00:14:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14898716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:08 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| 14934911 | | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2023 00:14:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
|---|---|---|---|---|
| 15616962 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2023 00:14:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14898717 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2023 00:14:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB as servicer for FBC Mortgage, LLC |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14898702 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor CENLAR FSB as servicer for FBC Mortgage  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Ryan Starks
on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com  wbecf@brockandscott.com

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Oct 25, 2023 Form ID: pdf900 Total Noticed: 68

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
                on behalf of Joint Debtor Anita M. Gordon shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
                on behalf of Debtor Richard M. Gordon shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 10