**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　RICHARD M. GORDON<br>　　ANITA M. GORDON<br>　　　　Debtor(s) | Case No. 18-23258CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/15/2018.

2) The plan was confirmed on 09/28/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/05/2019, 07/16/2021, 10/27/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2022.

5) The case was completed on 08/25/2023.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,900.00.

10) Amount of unsecured claims discharged without full payment: $52,051.22.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $302,381.26 |
| Less amount refunded to debtor | $649.28 |

**NET RECEIPTS:** $301,731.98

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,175.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $14,499.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $20,674.19

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO FINANCE - DIV C | Unsecured | 0.00 | 14,238.67 | 14,238.67 | 6,299.90 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV C | Secured | 29,864.00 | 0.00 | 4,492.55 | 4,492.55 | 791.49 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,982.00 | 2,009.03 | 2,009.03 | 888.90 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,095.00 | 1,103.30 | 1,103.30 | 488.16 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 2,264.00 | 2,264.75 | 2,264.75 | 1,002.04 | 0.00 |
| CAPITAL ONE NA** | Unsecured | NA | 2,107.30 | 0.00 | 0.00 | 0.00 |
| CBNA | Unsecured | 1,977.00 | NA | NA | 0.00 | 0.00 |
| CELTIC BANK | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CLEARVIEW FCU** | Priority | NA | NA | NA | 12,488.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Priority | NA | 20,254.09 | 19,934.49 | 19,934.49 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,214.00 | 1,249.04 | 1,249.04 | 552.64 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,065.00 | 1,065.43 | 1,065.43 | 471.40 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,250.00 | 1,237.53 | 1,237.53 | 547.55 | 0.00 |
| FIRST SAVINGS BANK++ | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATIO | Secured | 235,000.00 | 237,952.74 | 0.00 | 118,069.59 | 0.00 |
| FREEDOM MORTGAGE CORPORATIO | Secured | 0.00 | 1,726.08 | 1,726.08 | 1,726.08 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 38,500.00 | 35,403.14 | 35,403.14 | 35,403.14 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 3,137.17 | 3,137.17 | 1,388.04 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 3,328.00 | 3,285.55 | 3,285.55 | 1,453.69 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 6,733.00 | 6,570.48 | 6,570.48 | 2,907.11 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,366.00 | 1,366.58 | 1,366.58 | 604.64 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 579.00 | 579.87 | 579.87 | 256.56 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 188.00 | 188.73 | 188.73 | 83.50 | 0.00 |
| M & T BANK | Secured | 10,151.00 | 10,151.03 | 5,610.90 | 5,610.90 | 1,003.28 |
| M & T BANK | Unsecured | 0.00 | 84.39 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Priority | 21,420.00 | 21,420.00 | 22,015.00 | 22,015.00 | 0.00 |
| NISSAN-INFINITI LT++ | Unsecured | 2,999.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 1,035.25 | 1,035.25 | 458.05 | 0.00 |
| PNC BANK NA | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 5,815.00 | 5,872.09 | 5,872.09 | 2,598.11 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,190.00 | 1,183.43 | 1,183.43 | 523.61 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,423.00 | 1,423.12 | 1,423.12 | 629.66 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 839.00 | 839.00 | 839.00 | 371.22 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,034.00 | 1,085.37 | 1,085.37 | 480.22 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,798.00 | 4,825.47 | 4,825.47 | 2,135.03 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,074.00 | 1,074.98 | 1,074.98 | 475.62 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,377.00 | 1,377.65 | 1,377.65 | 609.54 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,263.00 | 1,263.43 | 1,263.43 | 559.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 211.00 | 211.79 | 211.79 | 93.71 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 12,564.00 | 12,858.82 | 12,858.82 | 5,689.38 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 748.00 | 748.76 | 748.76 | 331.29 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 708.00 | 708.82 | 708.82 | 313.62 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CC | Unsecured | 3,082.00 | 3,082.74 | 3,082.74 | 1,363.96 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CC | Unsecured | 57.00 | 57.85 | 57.85 | 25.60 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | 266.00 | 319.14 | 319.14 | 141.20 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | 190.00 | 210.29 | 210.29 | 93.04 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 125.00 | 125.21 | 125.21 | 55.40 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 554.00 | 554.97 | 554.97 | 245.55 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 277.00 | 277.78 | 277.78 | 122.90 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 339.00 | 339.17 | 339.17 | 150.07 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 3,424.00 | 3,424.68 | 3,424.68 | 1,515.25 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 303.00 | 303.90 | 303.90 | 134.46 | 0.00 |
| THD/CBSD | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 23,079.00 | 26,456.71 | 0.00 | 23,463.65 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $118,069.59 | $0.00 |
| Mortgage Arrearage | $1,726.08 | $1,726.08 | $0.00 |
| Debt Secured by Vehicle | $10,103.45 | $10,103.45 | $1,794.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,829.53** | **$129,899.12** | **$1,794.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $77,352.63 | $89,840.63 | $0.00 |
| **TOTAL PRIORITY:** | **$77,352.63** | **$89,840.63** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$81,499.84** | **$59,523.27** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $20,674.19 |
| Disbursements to Creditors | $281,057.79 |
| **TOTAL DISBURSEMENTS** : | **$301,731.98** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/21/2023              By: /s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**