| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard M. Gordon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3224<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anita M. Gordon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3561<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–23258–CMB | | |

## Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard M. Gordon              Anita M. Gordon

12/20/23                       **By the court:** <u>Carlota M Bohm</u>
                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23258-CMB |
| Richard M. Gordon | Chapter 13 |
| Anita M. Gordon | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard M. Gordon, Anita M. Gordon, 335 Forestwood Drive, Gibsonia, PA 15044-9207 |
| 14898683 | | Celtic Bank/contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 14898695 | + | Fbc Mortgage, 101 Wymore Rd, Altamonte Springs, FL 32714-4203 |
| 14898701 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti, 2901 Kinwest Parkway, Irving, TX 75063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Dec 21 2023 04:52:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 21 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Dec 21 2023 04:52:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14898679 | | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14898681 | | EDI: CITICORP | Dec 21 2023 04:52:00 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14898714 | | Email/Text: cfcbackoffice@contfinco.com | Dec 21 2023 00:00:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14898680 | + | EDI: CAPONEAUTO.COM | Dec 21 2023 04:52:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14901899 | + | EDI: AISACG.COM | Dec 21 2023 04:52:00 | Capital One Auto Finance, a division of Capital |

Case 18-23258-CMB   Doc 111   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 14920004 | | EDI: CAPITALONE.COM | On, P.O. Box 4360, Houston, TX 77210-4360 |
| | | Dec 21 2023 04:52:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14921761 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Dec 21 2023 01:01:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14898684 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14898685 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14898686 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 14898687 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14898688 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14898689 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitybk/a&f, Po Box 182789, Columbus, OH 43218-2789 |
| 14898690 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14898691 | + | EDI: WFNNB.COM | |
| | | Dec 21 2023 04:52:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14964813 | + | Email/Text: ebnnotifications@creditacceptance.com | |
| | | Dec 21 2023 00:00:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14898692 | + | EDI: CRFRSTNA.COM | |
| | | Dec 21 2023 04:52:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14922616 | | EDI: CRFRSTNA.COM | |
| | | Dec 21 2023 04:52:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14898693 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Dec 21 2023 00:10:41 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14898694 | | EDI: CITICORP | |
| | | Dec 21 2023 04:52:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14936494 | | EDI: Q3G.COM | |
| | | Dec 21 2023 04:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14934578 | + | Email/Text: BKelectronicnotices@cenlar.com | |
| | | Dec 21 2023 00:00:00 | FBC Mortgage, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14898682 | | Email/Text: BNSFS@capitalsvcs.com | |
| | | Dec 21 2023 00:00:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14898696 | + | EDI: AMINFOFP.COM | |
| | | Dec 21 2023 04:52:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15454510 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Dec 21 2023 00:00:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14898697 | | EDI: IRS.COM | |
| | | Dec 21 2023 04:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14898698 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Dec 21 2023 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15160189 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 21 2023 00:10:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14935673 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 21 2023 00:10:43 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box |

| District/off: 0315-2 | User: auto | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | | Total Noticed: 70 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14921386 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:10:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898699 | + | EDI: LENDNGCLUB | Dec 21 2023 04:52:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14898700 | + | Email/Text: camanagement@mtb.com | Dec 21 2023 00:01:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |
| 14928145 | + | Email/Text: camanagement@mtb.com | Dec 21 2023 00:01:00 | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 14904526 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 21 2023 00:00:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14912043 | | EDI: AGFINANCE.COM | Dec 21 2023 04:52:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14898703 | + | EDI: AGFINANCE.COM | Dec 21 2023 04:52:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14936581 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14898705 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15029019 | | EDI: PRA.COM | Dec 21 2023 04:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14931674 | | EDI: PRA.COM | Dec 21 2023 04:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899019 | + | EDI: RECOVERYCORP.COM | Dec 21 2023 04:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898704 | + | EDI: SYNC | Dec 21 2023 04:52:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14921218 | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14918860 | + | EDI: JEFFERSONCAP.COM | Dec 21 2023 04:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14931962 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14931963 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14922365 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14936684 | + | Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14898706 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14898707 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14898708 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14898709 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14898710 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14898711 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14898712 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14898713 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14898715 | + | EDI: PHINGENESIS | Dec 21 2023 04:52:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14898716 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14934911 | | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15616962 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14898717 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB as servicer for FBC Mortgage, LLC |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14898702 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 70 |

Brian Nicholas
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor CENLAR FSB as servicer for FBC Mortgage  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com  wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Joint Debtor Anita M. Gordon shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Richard M. Gordon shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 11