IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD M. GORDON
ANITA M. GORDON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-23258

Chapter 13

Document No.: 103

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 20th day of December, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/20/23 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23258-CMB |
| Richard M. Gordon | Chapter 13 |
| Anita M. Gordon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard M. Gordon, Anita M. Gordon, 335 Forestwood Drive, Gibsonia, PA 15044-9207 |
| 14898683 | | Celtic Bank/contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 14898695 | + | Fbc Mortgage, 101 Wymore Rd, Altamonte Springs, FL 32714-4203 |
| 14898701 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti, 2901 Kinwest Parkway, Irving, TX 75063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2023 00:23:54 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 21 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2023 00:09:18 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14898679 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:23:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14898681 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:10:43 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14898714 | | Email/Text: cfcbackoffice@contfinco.com | Dec 21 2023 00:00:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14898680 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 21 2023 00:22:57 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14901899 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2023 00:09:52 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14920004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:35:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14921761 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:23:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14898684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14898685 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14898686 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 14898687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-23258-CMB   Doc 112   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 21 2023 00:01:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14898688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14898689 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitybk/a&f, Po Box 182789, Columbus, OH 43218-2789 |
| 14898690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14898691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2023 00:01:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14964813 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 21 2023 00:00:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14898692 | + | Email/Text: BKPT@cfna.com | Dec 21 2023 00:00:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14922616 | | Email/Text: BKPT@cfna.com | Dec 21 2023 00:00:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14898693 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2023 00:23:52 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14898694 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:26 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14936494 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14934578 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 21 2023 00:00:00 | FBC Mortgage, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14898682 | | Email/Text: BNSFS@capitalsvcs.com | Dec 21 2023 00:00:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14898696 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 21 2023 00:09:18 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15454510 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 21 2023 00:00:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14898697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2023 00:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14898698 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15160189 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:22:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14935673 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:22:58 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921386 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:23:16 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898699 | + | Email/Text: Documentfiling@lciinc.com | Dec 21 2023 00:00:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14898700 | + | Email/Text: camanagement@mtb.com | Dec 21 2023 00:01:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |
| 14928145 | + | Email/Text: camanagement@mtb.com | Dec 21 2023 00:01:00 | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 14904526 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 21 2023 00:00:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |

Case 18-23258-CMB   Doc 112   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 14912043 | | Email/PDF: cbp@omf.com | Dec 21 2023 00:23:17 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14898703 | + | Email/PDF: cbp@omf.com | Dec 21 2023 00:09:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14936581 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14898705 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15029019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2023 00:36:11 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14931674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2023 00:09:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899019 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2023 00:23:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:09:47 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14921218 | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14918860 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2023 00:01:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14931962 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14931963 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14922365 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14936684 | + | Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14898706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:09:17 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14898707 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:10:34 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14898708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:23:49 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14898709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:24:04 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14898710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:09:47 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14898711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 01:01:03 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14898712 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:23:20 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14898713 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:23:54 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14898715 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 21 2023 00:01:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14898716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:47 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 14934911 | | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15616962 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14898717 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB as servicer for FBC Mortgage, LLC |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14898702 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CENLAR FSB as servicer for FBC Mortgage  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 68 |

Ryan Starks
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com  wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Joint Debtor Anita M. Gordon shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Richard M. Gordon shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 11